**FILED**
10/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Perry Lee Nichell

v.

(Full name of defendant(s))

Eric Gainer - Internal Affairs

Stephanie Chapman - Internal Affairs

Mandy Litherland - Internal Affairs

Travis Goffinet - Unit Team Manager

Terry James - Prea Coordinator

Case Number:

3:23-cv-00186-MPB-CSW

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of IN and is located at
   (State)

Defendants:

1.) Eric Gainer - Internal Affairs
2.) Terry James - PreA Coordinator
3.) Travis Goffinet - Unit Team Manager
4.) Stephanie Chapman - Internal Affairs
5.) Nathan Hoffman - Deputy Warden
6.) Dan Mitchell - Warden

Prison BCF (Address of prison or jail)
21390 Old State Rd. 37 Branchville, IN 47514
(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Eric Gainer
(Name)
is (if a person or private corporation) a citizen of Indiana
(State, if known)
and (if a person) resides at Unknown
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Internal Affairs Eric Gainer, Stephanie Chapman, Randy Litherland, Travis Goffinet, Terry James Prea Cordinator, Nathan Hoffman Dep. Warden Dan mitchell warden

Complaint - 2

Gainer with the Internal Affairs Department on September 8th 2023. had Placed me in Seg and Stated that Him (Gainer) + Prea Cordinator (James) Placed me in Seg because They were reviewing Cameras & Seen Another offender on top of me and me Struggling to get away from that offender they asked me if I was being forced to do Anything against my will & I stated No

Prea Coordinator Terry James Stated that this no long included her and she left gainer with Intenal Affairs Ashed me a few more questions & I ashed if they were going to release me from Seg He Stated he had a few more things to look into then he was Passing the info they gathered to warden mitchell & Dep warden Hoffman I Feel them keeping me in Seg is

Due to me being a Transgender I feel that I am being Descriminated on Due to my gender Identy + my Sexual orientation so they (Gainer, mitchell, Hoffman, + James) are keeping me in Seg for this reason I Stated on Camera recording with Internal Affairs Gainer + Prea Coordinator James I did Not fear my safety was Not a concern and I asked to be released from Seg I am Not under Protective Custody they interviewed me on Wedneseday September 13th 2023 on Camera I have Exhausted my administrative remedies with a grievance and have Got NO response Due to No response I could Not follow The Appeal Processes offered.

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The relief I am seeking is one Hundred fifty thousand Dollars For Descrimination. $150,000, To order Defendents To release me from Seg (Gainer, mitchell, Hoffman, & James)

_____

_____

_____

_____

_____

_____

_____

_____

E.   JURY DEMAND

Error ~~☒~~    Jury Demand – I want a jury to hear my case

OR

☒   <u>Court Trial</u> – I want a judge to hear my case

Dated this_____day of_____20<u>23</u>__.

Respectfully Submitted,

*Perry A. Nickell*
Signature of Plaintiff

289656
Plaintiff's Prisoner ID Number

21390 Old State Rd. 37
Branchville, IN 47514
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.     **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*Perry A. Nickell*
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

Complaint - 7

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 8