UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PERRY LEE NICKELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00186-MPB-CSW |
| ERIC GAINER Internal Affairs, *et al.*, | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**. The Court now enters **FINAL JUDGMENT**.

Dated: April 3, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

PERRY LEE NICKELL
289656
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362